# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 73.71.36.146, <br><br> Defendant. | Case No.: 2:22-cv-00387-TLN-CKD <br><br> Judge Troy L. Nunley <br><br> [PROPOSED] ORDER REQUIRING FURTHER STATUS REPORT |

   Having reviewed the Status Report filed on May 2, 2022 by Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), the Court hereby orders that Plaintiff file a further status report by no later than June 2, 2022 (unless the action is dismissed on or before June 2, 2022, then no further status report is required).

   **DONE AND ORDERED**.

Dated:  May 4, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1