UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 73.71.36.146,<br><br>　　　　Defendant. | Case No.: 2:22-00387-TLN-CKD<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |

THIS CAUSE came before the Court upon Plaintiff's application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have up to and including July 14, 2022 to effectuate service of a summons and Complaint on Defendant.

**DONE AND ORDERED**.

Dated:  June 1, 2022

8.stri0387.fs2

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE